333 A.2d 916
**In re ESTATE of Arthur N. BUSHNELL, Jr., Deceased.**
**Appeal of the COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued March 18, 1975.

Decided March 18, 1975.

566

Catherine G. Barone, Asst. Atty. Gen., Michael von Moschzisker, Deputy Atty. Gen., Eastern Regional Director, Israel Packel, Atty. Gen., Philadelphia, attorneys for the Commonwealth of Pennsylvania, appellant.

Joseph F. Keener, Jr., Philadelphia, Brian E. Bennett, Mary R. Barr, Greenwell, Porter, Smaltz & Royal, Wayne, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Appellant to bear costs.